# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 12, 2022 | **Time:** 9:59 -10:16 a.m. (17 Minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
| **Case No.:**  22-cr-00229-HSG-1 | **Case Name:** USA v. Gomez | |

**Defendant:**  Moises De Jesus Gomez  **(Present)**
**Attorney for Plaintiff:**  Alexis James
**Attorney for Defendant:** Jesse Garcia

**Deputy Clerk:**  Nikki D. Riley          **Court Reporter:**  Pamela Batalo-Hebel

**PROCEEDINGS:**  CHANGE OF PLEA-Held

**Notes:**   Defendant is sworn; Defendant admits to count one of the indictment as an open plea.
Matter is continued to January 18, 2023 at 2:00 p.m. for sentencing.