1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   Assistant United States Attorney

5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3680
7        FAX: (510) 637-3724
         Alexis.James@usdoj.gov

8

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              ) NO. 22-CR-00229-HSG
                                           )
14         Plaintiff,                      ) ORDER (as modified)
                                           )
15     v.                                  )
                                           )
16  MOISES DEJESUS GOMEZ,                  )
                                           )
17         Defendant.                      )
                                           )
18

19                                        **ORDER**

20         Based upon the facts set forth in the Government's request for an extension to file its opposition

21  filed on October 31, 2023, the Court finds that good cause is shown to extend the filing time.

22         The Government's request is hereby GRANTED.

23         IT IS HEREBY ORDERED that the Government's opposition is due by November 14, 2023

24  and the Defense's reply is due by November 21, 2023.

25         IT IS SO ORDERED.

26  DATED: 11/1/2023
                                              HAYWOOD S. GILLIAM JR.
27                                            United States District Judge

28

ORDER
Case No. 22-CR-00229-HSG