UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 22-229 HSG |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| MOISES DE JESUS GOMEZ, | |
| Defendant. | |

On September 10, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- 30 rounds assorted ammunition;
- 20 rounds Jagemann Technologies .38 Super caliber ammunition; and
- All assorted ammunition (approximately 140 rounds) seized during search warrant on April 14, 2022 at 620 El Paseo Drive, Oakland, CA.

pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this 20th day of November 2024.

*Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge